Joyce R. KAUFFMAN, Respondent,

v.

Richard W. KAUFFMAN, Appellant.

No. WD40506.

Missouri Court of Appeals,
Western District.

Nov. 15, 1988.

James D. Boggs, Kansas City, for appellant.

Wm. Dick Fickle, Platte City, for respondent.

Before LOWENSTEIN, J.P., and
TURNAGE and COVINGTON, JJ.

ORDER

PER CURIAM:

Richard W. Kauffman appeals from an order awarding Joyce R. Kauffman forty percent of Mr. Kauffman's military retirement benefits retroactively with interest thereon. The judgment is affirmed. Rule 84.16(b).